**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE  DIVISION**

| | | |
|---|---|---|
| **NOE RODRIGUEZ-GONZALEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **M-04-140** |
| | § | |
| **MARC MOORE, Field Office Director** | § | |
| **Department of Homeland Security** | § | |
| **JOHN ASHCROFT,  Attorney General** | § | |
| **of the United States, and the** | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Defendants.** | § | |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**
**AND**
**STAY OF DEPORTATION**

The issues raised by the Petitioner herein are identical or similar to those recently addressed in *Salazar-Regino v. Trominski*, No. CA B-02-045, and the cases that have been consolidated with it.  *Salazar-Regino*, and the consolidated cases are now on appeal to the Fifth Circuit Court of Appeals, 03-41492.  A final resolution of *Salazar-Regino*, 03-41492, and the consolidated cases on appeal likely would be controlling in this case.

The Parties further request that this Court stay the enforcement of any final order of removal in this case until otherwise ordered by this Court.

Therefore, in the interest of judicial economy, the parties respectfully submit that proceedings (including motion and pleading deadlines) in this case should be held in abeyance pending a final resolution of *Salazar-Regino* and the consolidated cases and that the Court stay the enforcement of

any final removal proceedings pending a final resolution of *Salazar-Regino* and the consolidated cases..  Furthermore, all deadlines that have been assigned thus far, should be given new dates in order to appropriately deal with the outcome of *Salazar-Regino v. Trominski*.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

/s Steven T. Schammel
STEVEN T. SCHAMMEL
Assistant United States Attorney
1701 W. Highway 83, Suite 600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No.  24007990
Federal I.D. No.  23180

cc:
Ms. Lisa Putnam
BICE - Law Department
PO Box 1711
Harlingen, TX  78551

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance and Stay of Deportation was discussed with opposing counsel and that opposing counsel is unopposed to the Motion.

/s Steven T. Schammel
STEVEN T. SCHAMMEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on opposing counsel, Ms. Jodilynn Marie

Goodwin, by ECF.

/s Steven T. Schammel
STEVEN T. SCHAMMEL
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **NOE RODRIGUEZ-GONZALEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | **M-04-140** |
| | § | |
| **MARC MOORE, Field Office Director** | § | |
| **Department of Homeland Security** | § | |
| **JOHN ASHCROFT,  Attorney General** | § | |
| **of the United States, and the** | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Upon consideration of the Unopposed Motion to Hold in Abeyance and Stay of Deportation, the Court finds that the Motion should be granted.

It is therefore ORDERED that this case shall be held in abeyance (including motion and pleading deadlines) pending a final decision in *Salazar-Regino v. Trominski*, No. 03-41492, and in the consolidated cases.

It is FURTHER ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final decision in *Salazar-Regino v. Trominski* and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of *Salazar-Regino v. Trominski* and the consolidated cases.

Done this _____day of _____, 2004, in Brownsville, Texas.


_____
Judge Felix Recio
United States Magistrate