IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **NOE RODRIGUEZ-GONZALEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | M-04-140 |
| | § | |
| **MARC MOORE, Field Office Director** | § | |
| **Department of Homeland Security** | § | |
| **JOHN ASHCROFT, Attorney General** | § | |
| **of the United States, and the** | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Defendants.** | § | |

CERTIFICATE OF SERVICE OF
UNOPPOSED MOTION TO HOLD IN ABEYANCE
AND
STAY OF DEPORTATION

On this the 16th day of September, 2004, I hereby certify that I have served the following parties, who were not served by ECF, with a copy of the Unopposed Motion to Hold in Abeyance and Stay of Deportation.

**VIA Certified Mail Return Reciept Requested**:

S Michael Bozarth
Office of Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548

Jodilynn Marie Goodwin
Attorney at Law
1322 E Tyler
Harlingen, TX 78550

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

/s _____
Steven T. Schammel
Assistant United States Attorney
1701 W. Highway 83, Suite #600
McAllen, Texas  78501
(956) 618-8010/FAX (956) 618-8016
State Bar No.:        24007990
Fed ID No.:    23180