IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **NOE SALAZAR-RODRIGUEZ** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.** |
| | § | **B-04-140** |
| | § | |
| **MARC MOORE, Field Office Director** | § | |
| **Department of Homeland Security** | § | |
| **JOHN ASHCROFT, Attorney General** | § | |
| **of the United States, and the** | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Defendants.** | § | |

## AMENDED[1] ORDER

Upon consideration of the Unopposed Motion to Hold in Abeyance and Stay of Deportation, the Court finds that the Motion should be granted.

It is therefore ORDERED that this case shall be held in abeyance (including motion and pleading deadlines) pending a final decision in *Salazar-Regino v. Trominski*, No. 03-41492, and in the consolidated cases.

It is FURTHER ORDERED that any enforced departure of Petitioner based on the final order of removal to Mexico be stayed pending further orders of this Court.

---

[1] This amendment is only to correct the style of the order. The order previously filed with the court was style "Noe Rodriguez-Gonzalez" instead of the correct style of "Noe Salazar Rodriguez." Council for Plaintiff was contacted and has no opposition to this amendment.

It is FURTHER ORDERED that the parties shall be given 60 days from the entry of a final decision in *Salazar-Regino v. Trominski* and the consolidated cases to file any additional pleadings in this matter, as appropriate, in light of the final disposition of *Salazar-Regino v. Trominski* and the consolidated cases.

Done this _____ day of _____, 2004, in Brownsville, Texas.

_____
Judge Felix Recio
United States Magistrate