IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **NOE SALAZAR RODRIGUEZ** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **CIVIL ACTION NO.** | |
| § | **B-04-140** | |
| § | | |
| **MARC MOORE, Field Office Director** § | | |
| **Department of Homeland Security** § | | |
| **JOHN ASHCROFT, Attorney General** § | | |
| **of the United States, and the** § | | |
| **UNITED STATES OF AMERICA** § | | |
| § | | |
| **Defendants.** § | | |

### CERTIFICATE OF SERVICE OF
### AMENDED ORDER GRANTING
### UNOPPOSED MOTION TO HOLD IN ABEYANCE
### AND
### STAY OF DEPORTATION

On this the 16th day of September, 2004, I hereby certify that I have served the following parties, who were not served by ECF, with a copy of the Amended Order Granting Unopposed Motion to Hold in Abeyance and Stay of Deportation.

**VIA Certified Mail Return Reciept Requested**:

S Michael Bozarth
Office of Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548

Jodilynn Marie Goodwin
Attorney at Law
1322 E Tyler
Harlingen, TX 78550

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

/s_____
Steven T. Schammel
Assistant United States Attorney
1701 W. Highway 83, Suite #600
McAllen, Texas  78501
(956) 618-8010/FAX (956) 618-8016
State Bar No.:          24007990
Fed ID No.:    23180