# RETURN OF SERVICE

United States District Court
Southern District of Texas
FILED
NOV 09 2004
Michael N. Milby, Clerk of Court

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 8/16/04 |
| NAME OF SERVER (PRINT) Jodi Goodwin | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CMRRR 7002 0510 0004 1763 2428

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/16/04
              Date

Signature of Server

1322 E. Tyler Ave., Harlingen, TX 78550
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney
   P.O. Box 61129
   Houston, TX 77208

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☑ Agent
                   ☐ Addressee

B. Received by (Printed Name): Geoff Relsh
C. Date of Delivery: 8-19-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

RECEIVED
AUG 23 2004
LAW OFFICE
JODI GOODWIN

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0004 1763 2428

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-...

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**

OFFICIAL USE
HOUSTON, TX 7720[?]

| | | |
|---|---|---|
| Postage | $ 1.75 | UNIT ID: 0077 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMBGV5 |
| Total Postage & Fees | $ 5.80 | 08/17/04 |

Sent To: US Attorney
Street, Apt. No.; or PO Box No.: P.O. Box 61129
City, State, ZIP+4: Houston, TX 77208

7002 0510 0004 1763 2428

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICE OF JODI GOODWIN
1322 East Tyler
HARLINGEN, TEXAS 78550

RECEIVED
AUG 23 2004
LAW OFFICE OF
JODI GOODWIN

03-1086

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only;

OFFICIAL USE
HOUSTON, TX 77208

| | | |
|---|---|---|
| Postage | $ 1.75 | UNIT ID: 0077 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KMB6V5 |
| Total Postage & Fees | $ 5.80 | 08/17/04 |

Sent To: US Attorney
Street, Apt. No. or PO Box No. P.O. Box 61129
City, State, ZIP+4 Houston, TX 77208