# RETURN OF SERVICE

| | DATE | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/16/04 | United States District Court<br>Southern District of Texas |
| NAME OF SERVER (PRINT) Jodi Goodwin | TITLE Attorney | FILED<br>NOV 09 2004 |

Check one box below to indicate appropriate method of service

Michael N. Milby, Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CMRRR 7002 0510 0004 1763 2411

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/16/04
         Date

Signature of Server

1322 E. Tyler Ave. Harlingen, TX 78550
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
AUG 27 2004

1. Article Addressed to:

John Ashcroft
950 Pennsylvania Ave., N.W.
Ste. 811
Washington, D.C. 20530-0001

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered         ☐ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0004 1763 2411

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.75 | UNIT ID: 0077 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KM06V5 |
| Total Postage & Fees | $ 5.80 | 08/17/04 |

Sent To: John Ashcroft, U.S. Atty. General
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave., N.W., Ste 5111
City, State, ZIP+4: Washington, D.C. 20530-0001

7002 0510 0004 1763 2411

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address and ZIP+4 in this box •

RECEIVED
SEP 15 2004
LAW OFFICE OF
LAW OFFICE OF JODI GOODWIN
1322 East Tyler
HARLINGEN, TEXAS 78550

03-1086

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT

7002 0510 0004 1768 2411

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.75 | UNIT ID: 0077 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KH06J5 |
| Total Postage & Fees | $ 5.80 | 08/17/04 |

Sent To: John Ashcroft, U.S. Atty. General
Street, Apt. No. or PO Box No.: 950 Pennsylvania Ave., N.W., Ste 5111
City, State, ZIP+4: Washington, D.C. 20530-0001