United States District Court
Southern District of Texas
FILED

JAN 0 5 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NOE SALAZAR RODRIGUEZ § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | B-04-140 |
| § | |
| MARC MOORE, Field Office Director § | |
| Department of Homeland Security § | |
| JOHN ASHCROFT, Attorney General § | |
| of the United States, and the § | |
| UNITED STATES OF AMERICA § | |
| Defendants. § | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE UNITED STATES OF AMERICA

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, files its notice advising the Court that the undersigned is substituting as attorney-in-charge for the United States of America in the above-referenced cause in the stead of Assistant United States Attorney Stephen Thomas Schammel.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

RENE BENAVIDES
Assistant United States Attorney
1701 W. Highway 83 #600
McAllen, TX 78550
(956) 618-8010/FAX (956) 618-8016
State Bar No. 24025248
Federal I.D. No. 26215

## CERTIFICATE OF SERVICE

I hereby certify that a true and a correct copy of the foregoing Notice of Substitution of Counsel for the United States of America was mailed via First-Class Mail to the following:

Ms. Jodilyn M. Goodwin
Attorney at Law
1322 East Tyler
Harlingen, Texas 78550

on this the 4 day of January, 2005.

RENE BENAVIDES
Assistant United States Attorney

cc: Ms. Lisa Putnam
BICE - Law Department
PO Box 1711
Harlingen, TX 78551