IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOE SALAZAR RODRIGUEZ | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | B-04-140 |
| MARC MOORE, FIELD OPERATIONS | § | |
|     DIRECTOR, IMMIGRATION AND | § | |
|     CUSTOMS ENFORCEMENT, | § | |
|     DRO FOR SAN ANTONIO AREA | § | |
|     OF OPERATIONS, and | § | |
| JOHN ASHCROFT, UNITED STATES | § | |
|     ATTORNEY GENERAL | § | |
|     Respondents. | § | |

## ORDER TO TRANSFER

The Defendants' opposed motion to transfer is GRANTED. This case is transferred to the United States Court of Appeals for the Fifth Circuit pursuant to Pub. L. No. 109-13, 119 Stat. 231, Section 106. The clerk shall transmit the file forthwith.

    Signed on _____, 2005.

                                                  _____
                                                United States Magistrate Judge