IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOE SALAZAR RODRIGUEZ, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. B-04-140 |
| MARC MOORE, FIELD OPERATIONS DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, DRO FOR SAN ANTONIO AREA OF OPERATIONS, and ALBERTO GONZALEZ[1], UNITED STATES ATTORNEY GENERAL, Respondents. | § | |

## ORDER

BE IT REMEMBERED, that on March 13, 2006, the Court **ADOPTED IN PART** and **MODIFIED IN PART** the Magistrate Judge's Report and Recommendation [Dkt. No. 14].

The Court **ADOPTS** the portion of the Report and Recommendation that transfers Salazar's petition for a writ of habeas corpus to the United States Court of Appeals for the Fifth Circuit pursuant to the amendment of 8 U.S.C. § 1252 by the Real ID Act of 2005.

Due to this amendment to section 1252, the Court lacks jurisdiction to order a stay of deportation in this case. The Real ID Act amends the statute such that no court, other than the Court of Appeals, has subject matter jurisdiction with regards to "all questions of law and fact, including interpretation and application of constitutional and statutory provisions, arising from any action taken or proceeding brought to remove an alien from the United States" and "any cause or claim by or on behalf of any alien arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien." INA § 242(b)(9), 8 U.S.C. 1252(b)((9), and 242(g), 8 U.S.C. 1252(g). Therefore, the Court **MODIFIES** the portion of the Report and

---

[1] Alberto Gonzalez, the current United States Attorney General, replaces John Ashcroft, the former Attorney General.

Recommendation [Dkt. No. 14] staying the deportation and takes no action with regards to any potential stay of deportation.

DONE at Brownsville, Texas, this __13__ day of March, 2006.

_____
Hilda G. Tagle
United States District Judge