# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

March 15, 2006

Mr. Charles R. Fulbruge, III, Clerk           Re:    **Noe Salazar Rodriguez**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                            vs.
New Orleans, Louisiana 70130

**Marc Moore, Field Dir, et al**

CA B-04-140

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of  1  Volume(s) of the record;  0  Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

   Hilda G. Tagle

[ ] Court reporter assigned to this case is_____
[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
   Bertha A. Vasquez, Deputy Clerk

cc:   Jodilyn M Goodwin, Petitioner's Attorney, 1322 East Tyler, Harlingen, Texas, 78550
      James L Turner, U.S. Attorneys' Office, P. O. Box 61129, Houston, TX 77208
      Rene Carlo Benavides, U.S. Attorneys' Office, 1701 West Highway 83, Ste. 600, McAllen, TX 78501