# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### OFFICE OF THE CLERK

MICHAEL N. MILBY, Clerk

600 E. HARRISON ST., #101
Brownsville, Texas 78520

**March 15, 2006**

Mr. Charles R. Fulbruge, III, Clerk          Re:     **Noe Salazar Rodriguez**
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130                         vs.

06-40225

**Marc Moore, Field Dir, et al**

**CA B-04-140**

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

United States District Court
Southern District of Texas
FILED

JAN 19 2007

Michael N. Milby
Clerk of Court

[X] Certified copy of the Order transferring the case and docket entries.

[X] Record consisting of **1** Volume(s) of the record; **0** Volume(s) of the transcript;

[ ] Other:_____

[X] U.S. District Judge entering the order transferring this case is:_____

____Hilda G. Tagle_____

[ ] Court reporter assigned to this case is_____
[X] This case was transferred without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: *Bertha G. Vasquez*
Bertha A. Vasquez, Deputy Clerk

cc:  Jodilyn M Goodwin, Petitioner's Attorney, 1322 East Tyler, Harlingen, Texas, 78550
     James L Turner, U.S. Attorneys' Office, P. O. Box 61129, Houston, TX 77208
     Rene Carlo Benavides, U.S. Attorneys' Office, 1701 West Highway 83, Ste. 600, McAllen, TX 78501